SADIE E. CROSBY, Respondent, *v.* SECURITY MUTUAL LIFE INSURANCE COMPANY, Appellant.

Reported below, 94 App. Div. 614.
(Argued January 9, 1905; decided January 17, 1905.)

MOTIONS to dismiss and to withdraw an appeal from a judgment entered June 20, 1904, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department which affirmed an order of the court at a Trial Term denying a motion for a new trial after a verdict in favor of plaintiff.

The motion to dismiss was made upon the grounds that at the time of the service of the notice of appeal, the time in which to take such appeal had expired; that the judgment and order herein are not appealable except by permission, which has not been procured and that the Court of Appeals has no jurisdiction to review the said judgment and order.

The motion to withdraw was made upon the grounds that the judgment and order herein are not appealable and that the appeal was taken through inadvertence and mistake.

*Frank Rice* for appellant.

*Henry E. Miller* for respondent.

Motion to dismiss appeal denied, with ten dollars costs. Motion to withdraw appeal granted, upon paying the costs already accrued and ten dollars costs of motion.